UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH R. WIERCKZ,

Plaintiff,

v.

GREENSTATE CREDIT UNION,

Defendant.
______________________________/

Case No. 1:26-cv-1849

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff initiated this lawsuit by filing a complaint on June 12, 2026. Defendant filed a motion for judgment on the pleadings. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 17, 2026, recommending that this Court grant the motion and dismiss the complaint. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Judgment on the Pleadings (ECF No. 8) is GRANTED.

**IT IS FURTHER ORDERED** that Counts I and II are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

**IT IS FURTHER OREDRED** that Count III is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: October 19, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge