UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH R. WIERCKZ,

Plaintiff,

v.

GREENSTATE CREDIT UNION,

Defendant.
_______________________________/

Case No. 1:26-cv-1849

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: October 19, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge